IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTHONY LEE ROBB,<br><br>                Defendant. | **8:06CR141**<br><br>**ORDER** |

This matter is before the Court on the defendant's Motion for Release of Defendant (Filing No. 66). Pursuant to the hearing held on June 17, 2014, the defendant's motion for release is granted.

**IT IS ORDERED:**

1. The defendant's Motion for Release of Defendant is granted.

2. The United States Marshal shall release the defendant for transport to the NOVA treatment facility on July 9, 2014 at 8:00 a.m.

Dated this 8th day of July, 2014.

                                                                                   BY THE COURT:

                                                                                    s/ F.A. Gossett, III
                                                                                    United States Magistrate Judge